UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROSA HERNANDEZ, § § | |
| Plaintiff, § § | |
| v. § | Case No.  SA:10-CV-01051-OLG |
| § | |
| MICHAEL J. SCOTT, P.C., § § | |
| Defendant. § § | |

**CERTIFICATE OF CONFERENCE**

    Defendant's counsel Robbie Malone sent emails to Plaintiff's counsel to confer regarding the motion.  Defendant believes Plaintiff's counsel is opposed to the motion based upon previous conversations.  Plaintiff has not responded to Defendant's emails.  It is submitted to the court for consideration.

\s\Robbie Malone